1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

STEPHEN PAUL,

9
                                    Plaintiff,

10
            v.

11

CAROLYN W. COLVIN, Acting

12
Commissioner of the Social Security
Administration,

13
                                    Defendant.

14

CASE NO. 13-cv-05202 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

15          The Court, having reviewed the Report and Recommendation of Judge J. Richard

16  Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF

17  No. 16), and the relevant record, does hereby find and ORDER:

18          (1)     The Court adopts the Report and Recommendation.

19          (2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42

20                  U.S.C. § 405(g) to the Administration for further consideration; and

21

22

23

24

1       (3)     The Clerk is directed to enter Judgment and close this case.

2    Dated this 22nd day of August, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2